THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER QUINTERO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

In the Matter of FRANCIS C. CRUDELE, Appellant, v. C. BENSON TALLMAN et al., Constituting the Board of Health and Public Safety of the City of Canandaigua, et al., Respondents.— Memorandum: The Special Term erroneously retained jurisdiction of this matter and entered an order of confirmation but we treat the proceeding as if it had been transferred here pursuant to section 1296 of the Civil Practice Act. (Appeal from order of Monroe Special Term affirming the dismissal of petitioner from the Police Department of the City of Canandaigua, and dismissing the petition.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. ALBERT PELLETIER, Appellant.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

JOHN E. SHAFFER, Appellant, v. ETHEL WEISBERG, Respondent.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

STEVE WILSON, Doing Business as STEVEN MOTOR SALES, Appellant, v. RENATO ASCIONE, Respondent.—

Present — Wiliams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

CLAUDE H. KETCHAM, Respondent, v. VERNON G. WOOD et al., Appellants.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

MARY A. BEATO, by FRANK BEATO, Her Guardian ad Litem, et al., Appellants, v. JOHN ROGOWSKI et al., Respondents.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.